**FILED IN OPEN COURT**

ON __10-17-17__ Bret

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-55-1 (1)

IN RE:                                    )     ORDER TO SEAL
                                          )     INDICTMENT
THREE COUNT                               )
INDICTMENT PRESENTED ON                   )
OCTOBER 17, 2017                          )

Upon motion of the United States, it is hereby ORDERED that

the Indictment in the above-captioned case, returned by the Federal

Grand Jury on October 17, 2017, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal

the Indictment for the purposes of issuing arrest warrants for

the defendant and to provide copies of the Indictment to the

United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the

captioned Indictment upon motion of the United States Attorney

or upon the expiration of thirty (30) days, whichever event

occurs first.

This the 17 day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE