PS-8
8/88

## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Caroline Louise Hughes          Docket No. 4:17-CR-55-1BO

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Caroline Louise Hughes, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 7th day of November, 2017. The defendant appeared before the Honorable Terrence W. Boyle, U.S. District Judge, for arraignment on the 20th day of December, 2017, and supervision was continued under the existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Ms. Caroline Hughes has successfully completed both phases of the Dove's Nest residential treatment program on February 28, 2018, and has been in transition since that time. She will be moving out of The Dove's Nest facility on June 15, 2018. Ms. Hughes attends 5 AA/NA meetings per week and is active in the aftercare program at The Dove's Nest. Ms. Hughes indicated to her pre-trial officer in the Western District of North Carolina (WDNC) that she intends to continue their aftercare program after she moves. Ms. Hughes will be residing with her boyfriend of 6 months, Justin Griffin, in Charlotte, North Carolina. Ms. Hughes will be enrolled in a random drug screening program on June 19, 2018. The WDNC will advise this officer should there be any issues with the proposed residence or if it is not acceptable for supervision

**PRAYING THAT THE COURT WILL ORDER** that at this time, we are requesting Ms. Hughes conditions of release be modified to include the following:

- The defendant must report any change of address.
- Must reside at a place approved by the U. S. Probation Office.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ Marla Bianco |
| Eddie J. Smith | Marla Bianco |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2535 |
| | Executed On: June 08, 2018 |

### ORDER OF THE COURT

Considered and ordered the __8__ day of __June__, 2018, and ordered filed and made part of the records in the above case.

/s/ Terrence W. Boyle
Terrence W. Boyle
U.S. District Judge